# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

BRIDGETTE A. TURNER                                                                                         PLAINTIFF
ADC #706745

v.                                            NO. 1:06CV00058 JLH/HLJ

MS. DOUGLAS                                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendant is dismissed for failure to state a claim.

SO ADJUDGED this 10th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE